**Appeal Dismissed and Memorandum Opinion filed June 25, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00248-CV

**LAWRENCE JONES JUNIOR, Appellant**

**V.**

**MICHAEL WILLIAMS COTRONEO, LEYLA COTRONEO AND THE TRUXILLO FAMILY TRUST, Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-55627**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 4, 2024. The notice of appeal was filed April 5, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed

the court appellant had not paid for the record, and there is otherwise no indication appellant has made arrangements to pay for the record.

On April 22, 2024, appellant was instructed to pay the appellate filing fee on or before May 2, 2024 or the appeal would be subject to dismissal without further notice. In addition, on May 6, 2024, notification was transmitted to appellant that the appeal was subject to dismissal without further notice unless, within fifteen days, appellant made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant did not provide any response to any of those notices.

On May 30, 2024, appellant was ordered to pay the filing fee and demonstrate he had made arrangements to pay for the clerk's record on or before June 10, 2024. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellant that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellant has not paid the appellate filing fee, he has not provided this court with proof of payment for the record, nor has he otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.

2